USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/23/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

- against -

KENNY SANTANA

Defendant.

**22 CR 0595 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court hereby adjourns sine die the Status Conference scheduled in this action for Friday, March 31 at 1:00 PM, in light of Defendant's guilty plea, which the Court accepted on February 22, 2023. (See Dkt. No. 20.)

**SO ORDERED.**

Dated:   23 February 2023
         New York, New York

_____
Victor Marrero
U.S.D.J.