**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

June 12, 2023

**VIA ECF**
The Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/22/2023

Re: **United States v. Kenny Santana**,
22 CR. 595 (VM)

Dear Judge Marrero:

I write to request that Your Honor order the United States Pretrial Services Office in the Southern District of New York to release Mr. Kenny Santana's passport to a representative from Federal Defenders of New York, Inc.

Mr. Santana's passport was surrendered to Pretrial Services as a condition of his pretrial release. On June 2, 2023, the Court sentenced Mr. Santana to 24 months incarceration and three years of supervised release. Pretrial Services can only release his passport pursuant to a Court Order. We thus respectfully request that the Court order the release of Mr. Santana's passport.

Respectfully submitted,

/s/ Amy Gallicchio
Amy Gallicchio, Esq.
Assistant Federal Defender
Tel.: (212) 417-8728

**SO ORDERED:**

Date: 22 June 2023
New York, New York

_____
**HONORABLE VICTOR MARRERO**
**United States District Judge**