USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/4/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------X
UNITED STATES OF AMERICA, :
:
-against- :
:
KENNY SANTANA, :
:
Defendant. :
---------------------------------------X

**22-CR-595 (VM)**
**ORDER**

**VICTOR MARRERO, U.S.D.J.:**

On or about September 2024, the defendant, Kenny Santana ("Santana") began a three-year term of Supervised Release. By letter dated August 3, 2026, Santana requested early termination of supervised release pursuant to 18 U.S.C. Section 3583(e)(1). (Dkt. No. 72.) In that letter, Santana stated that Probation and the Government did not object to his request. (See id.)

Accordingly, it is hereby ordered that defendant Kenny Santana be discharged from Supervised Release and the proceedings in the case be terminated.

**SO ORDERED:**

Dated: New York, New York
4 August 2026

Victor Marrero
U.S.D.J.